160218.40

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AHAJI AMOS,<br><br>  Plaintiff,<br><br> v.<br><br>BROWN & FORTUNATO, P.C., JEFFREY BAIRD, IGNACIO ALFONSO ZAMBRANO, JR., JONATHAN CHARLES NATHAN FISH,<br><br>  Defendants. | No. 16-cv-10376 |

## NOTICE OF REMOVAL

Defendants, BROWN & FORTUNATO, P.C., JEFFREY S. BAIRD, IGNACIO ALFONSO ZAMBRANO, JR., and JONATHAN CHARLES NATHAN FISH, by their attorneys, John J. Duffy, Laura K. Coffey and DONOHUE BROWN MATHEWSON & SMYTH LLC, remove this action from the Circuit Court of Cook County, Illinois to this Court. In support of its notice of removal, defendants state as follows:

1.  Defendants file this notice of removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. This notice of removal is being filed with this Court within thirty (30) days of defendants' receipt of a copy of the initial pleading setting forth a claim for relief upon which such proceeding is based, as provided by 28 U.S.C. § 1446 (b).

2.  On January 22, 2016, plaintiff Ahaji Amos filed a complaint against these defendants in this Court alleging professional negligence in the representation of plaintiff in the acquisition of a medical supplies company, US Medical Supplies, Inc. (*See* ECF No. 1 in Case No. 16 CV 00995, complaint.) On February 11, 2016, plaintiff amended her complaint. (*See* ECF No. 7 in Case No. 16 CV 00995, amended complaint.) The amended complaint also alleged professional negligence based

on the same operative facts. Plaintiff dismissed her cause of action on March 24, 2016. (*See* ECF No. 14 in Case No. 16 CV 00995, minute entry.)

3. Plaintiff commenced this action in the Circuit Court of Cook County, Illinois by filing a complaint on October 7, 2016. Plaintiff, through counsel, provided a copy of the complaint and requested a waiver of service on October 7, 2016. (*See* email from E. Schiff and complaint, attached as Exhibit A.) This complaint, like the two previously filed in this Court, alleges professional negligence arising out of the defendants' representation of plaintiff in the acquisition of US Medical Supplies, Inc.

4. All defendants are citizens of Texas. Brown & Fortunato, P.C. is incorporated in Texas. Brown & Fortunato, P.C.'s principal place of business is in Amarillo, Texas. None of the defendants are citizens of Illinois.

5. Plaintiff resides in and is a citizen of Illinois. (*See* ECF No. 7, at ¶ 2.)

6. The amount in controversy exceeds $75,000. (*See* ECF No. 7, at ¶ 18.)

7. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1442 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

8. Defendants contemporaneously filed a Notice of Filing of Notice of Removal with the Clerk of Circuit Court of Cook County, Illinois. (Notice of Filing, attached as Exhibit B.) Defendants present the Notice of Removal in this Court pursuant to Federal Rule of Civil Procedure 11.

WHEREFORE, defendants, BROWN & FORTUNATO, P.C., JEFFREY S. BAIRD, IGNACIO ALFONSO ZAMBRANO, JR., and JONATHAN CHARLES NATHAN FISH, respectfully remove this action to this Court and request that this Court assume jurisdiction over this

action and proceed to a final judgment thereof, and for other such and further relief as this Court deems appropriate.

                Respectfully submitted,

                DONOHUE BROWN MATHEWSON & SMYTH LLC

      By:       /s/ John J. Duffy_____
                John J. Duffy

DONOHUE BROWN MATHEWSON & SMYTH LLC
John J. Duffy (ARDC No.: 06224834)
Laura K. Coffey (ARDC No.: 06317075)
140 South Dearborn Street, Suite 800
Chicago, IL  60603
(312) 422-0900
Service by Facsimile:  (312) 422-0909
Service by Email:     service@dbmslaw.com
john.duffy@dbmslaw.com
laura.coffey@dbmslaw.com